■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MAYBEL, Appellant.—Judgment, Supreme Court, New York County (Eve Preminger, J.), rendered on October 3, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sandler, Carro, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN WILLIAMS, Also Known as ALLEN HANKINS, Also Known as ALLEN WILLIAMS, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on March 19, 1986, unanimously affirmed.